Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 23, 2003












Petition for
Writ of Mandamus Denied and Memorandum Opinion filed December 23, 2003.

 

 

In The

 

Fourteenth Court
of Appeals

____________

 

NO. 14-03-01396-CV

____________

 

IN RE TERRY KIM, Relator

 

 

______________________________________

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

______________________________________

 

M E M O R A
N D U M   O P I N I O N

            On December 22, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex. Gov’t. Code Ann. § 22.221 (Vernon Supp. 2003); see also Tex. R. App. P. 52.  In
his petition, relator seeks to have this Court compel the Hon. Patricia
Hancock, presiding judge of the 113th District Court in Harris County, to set
aside her order of December
 1, 2003, entered in cause number 2001-55996, styled Tiffanie Simien v. Rachel
Frey, compelling production and
imposing sanctions.  Relator also filed a
motion for a temporary order staying the trial court’s order.  See
Tex. R. App. P. 52.10.

            We deny relator’s petition for writ
of mandamus and motion for temporary order. 

                                                                                    PER
CURIAM

 

Petition
Denied and Memorandum Opinion filed December 23, 2003.

Panel consists of Chief
Justice Hedges and Justices Anderson and Seymore.